**Order entered September 3, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01272-CV

### IN THE INTEREST OF K.C.E. AND L.T.E., CHILDREN

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-55626-2018**

### ORDER

Before the Court is appellant's September 2, 2020 motion to postpone argument which we construe as a motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **October 12, 2020**.

/s/    KEN MOLBERG
           JUSTICE